UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 25-4840-MWF (MBKx)**                                        Date: August 19, 2025

Title   ***Zhejiang Zheshang Asset Management Co., Ltd. v. Youze Ai, et al.***

---

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 29, 2025.  (Docket No. 1).  Pursuant to Federal Rule of Civil Procedure 4(m), the time to serve the Complaint will expire on August 27, 2025.

On July 24, 2025, Plaintiff filed two Proofs of Service (the "POS").  (Docket Nos. 10, 11).  The POS state that substituted service was made on July 5, 2025.  The Court notes that the POS may not satisfy the requirements of Federal Rule of Civil Procedure 4.  *See* Cal. Civ. Proc. Code § 415.20(b) (substitute service permitted only after reasonably diligent efforts at personal service have been made).  Pursuant to the POS, Defendants' responses to the Complaint were due no later than August 5, 2025.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 5, 2025**.

- ■ By Defendants:  Responses to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-4840-MWF (MBKx)**                                    Date:  August 19, 2025

Title        ***Zhejiang Zheshang Asset Management Co., Ltd. v. Youze Ai, et al.***

■ By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendants who have not timely responded to the Complaint. Before applying for default, Plaintiff should review the POS to ensure that they satisfy the requirements of Federal Rule of Civil Procedure 4. Even if default is entered, the Court may find that the POS filed at Docket Nos. 10 and 11 are insufficient to grant default judgment.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 5, 2025**, will result in the dismissal of this action.

IT IS SO ORDERED.