UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **CV 25-04840-MWF (MBKx)**            **Date:  January 30, 2026**
Title: Zhejiang Zheshang Asset Management Co., LTD. v. Youze Ai et al

| | |
|---|---|
| **Present:** | The Honorable MICHAEL W. FITZGERALD, U.S. District Judge |

| | |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE: SERVICE OF COMPLAINT AND SUMMONS

Plaintiff Zhejiang Zheshang Asset Management Co. LTD requested that the Clerk enter default as to Defendants Youze Ai and Rong Zou, and that request was granted on January 29, 2026.  (Docket Nos. 32–33).  Default was entered based on two Proofs of Service (the "POS"), which describe an attempt at substitute service made on an apparent tenant of the Defendants, "Mr. Zhang," on November 29, 2025.  (Docket Nos. 27–28).

The Court previously expressed its concerns about the sufficiency of these POS and ordered Plaintiff to re-serve Defendants.  (*See* Prior Order (Docket No. 31)).  Plaintiff ignored that Prior Order in requesting default based on the prior POS.

If Plaintiff still intends to stand on the most recent POS, Plaintiff is **ORDERED** to show cause in writing by no later than **February 6, 2026**, why the POS describing substitute service on "Mr. Zhang" are adequate.  Plaintiff should address the Court's concerns expressed in the Prior Order, including specifically:

- efforts made to confirm that 2300 S. 3rd Ave, Arcadia, CA 91006, is Defendant's "dwelling or usual place of abode" as required for substitute service pursuant to California Code of Civil Procedure section 415.20(b) or Federal Rule of Civil Procedure 4(e)(2)(B);

___

**CIVIL MINUTES—GENERAL**                                                        1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 25-04840-MWF (MBKx)**          **Date:  January 30, 2026**

Title: Zhejiang Zheshang Asset Management Co., LTD. v. Youze Ai et al

- efforts made to confirm that Mr. Zhang, an apparent tenant of Defendants, is a "member of [Defendants'] household" "who resides" with Defendants as required by California Code of Civil Procedure section 415.20(b) or Federal Rule of Civil Procedure 4(e)(2)(B);

- and efforts made to personally serve Defendants at addresses other than 2300 S. 3rd Ave, Arcadia, CA 91006, before resorting to substitute service on Mr. Zhang.

If Plaintiff does not intend to stand on the existing POS, Plaintiff should re-serve Defendants as per the Court's Prior Order.

Plaintiff should not move for default judgment until the Court has considered Plaintiff's response to this Order.

IT IS SO ORDERED.